IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARY RONNELL PERKINS,** | CASE NO. CV F-04-5806 OWW DLB P |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| **D. G. STOCKMAN, et al.,** | |
| Defendants. | |

    For good cause appearing, Defendants Stockman, Halberg, Hense, Montgomery, Lopez, and

McEnroe's request for a thirty-five-day extension of time is hereby granted.  Defendants may file

a motion to dismiss for failure to exhaust the administrative remedies pursuant to the

unenumerated portion of Federal Rule of Civil Procedure 12(b) no later than Friday, September

9, 2005.  The deadline for filing pre-trial dispositive motions continues to be April 6, 2006,

pursuant to the Court's June 2, 2005 Scheduling Order.

IT IS SO ORDERED.

**Dated:    July 27, 2005**                            **/s/ Dennis L. Beck**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE

Order Granting Defs.' Req. Extension Time File Dispositive Mot.              *Perkins v. Stockman, et al.*
                                                       Case No. CV F-04-5806 OWW DLB P