# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS, ) | CV F- 04-5806 OWW DLB P |
| Plaintiff, ) | ORDER RE PLAINTIFF'S MOTION TO COMPEL |
| v. ) | [DOC. 49] |
| D.G. STOCKMAN, et al., ) | |
| Defendants. ) | |

Plaintiff has filed a civil rights complaint and paid the filing fee in full for initiating this action. Pending before the Court is plaintiff's motion to compel responses to requests for admission, filed on February 7, 2006. Defendants filed an opposition to the motion on February 22, 2006. Plaintiff did not file a reply.

**BACKGROUND**

This case is proceeding on plaintiff's complaint filed June 7, 2004 in which plaintiff alleges that defendants McEnroe and Montgomery falsely accused him of being an active participant in a conspiracy to assault a correctional officer. Plaintiff alleges the false, unfounded and unwarranted accusations led to CDC 114-D Lock Up Orders dated July 1, 2003 and August 19, 2003 which resulted in plaintiff's retention in administrative segregation for a 92-day period. Plaintiff alleges

1  defendants' actions were taken in retaliation for plaintiff's civil complaint against prison officials in
2  *Perkins v. Terhune* CV 99-20440JW (PR).
3      In his motion, plaintiff states that on December 8, 2005, he served requests for admissions on
4  each of the named defendants.  Plaintiff contends that defendants failed to respond to the discovery
5  within 45 days as required by the Court's June 2, 2005 Discovery Order.
6      Defendants contend that plaintiff served the discovery by mail on December 8, 2005 and that
7  they timely served responses on January 25, 2006.

## **DISCUSSION**

9      The Court's June 6, 2005 Discovery Order provides that responses to written discovery shall
10 be due forty-five days after the request is served.  Plaintiff's requests for admissions were served by
11 mail on December 8, 2005.  Because the requests were served by mail, adding three (3) days to the
12 response time (Fed.R.Civ. P. 6(e), defendants' responses served on January 25, 2006 were timely.
13     Plaintiff's motion to compel is therefore DENIED.
14     IT IS SO ORDERED.
15     **Dated:   September 5, 2006**              **/s/ Dennis L. Beck**
   3b142a                              UNITED STATES MAGISTRATE JUDGE