UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R. PERKINS, | 1:04-cv-05806-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 67) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 59) |
| D.G. STOCKMAN, et al., | |
| Defendants. | |

Plaintiff, Gary R. Perkins ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 27, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed on or before March 13, 2007. On March 13, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed February 27,
8 2007, are ADOPTED IN FULL; and,
9    2.   Defendants' motion for summary judgment, filed April 6,
10 2006, is GRANTED.
11 IT IS SO ORDERED.
12 **Dated:   March 27, 2007**                /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES DISTRICT JUDGE

2